# United States District Court for the Northern District of Illinois

Case Number: 07CV7194                    Assigned/Issued By: CEM

Judge Name: LEFKOW                       Designated Magistrate Judge: NOLAN

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

## ISSUANCES

☑ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
☐ Citation to Discover Assets             (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _____ copies on _1/4/08_ as to _CHESTER C. LINCK._
                                 (Date)