

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States Southeast and Southwest Areas
Pension Fund and Howard McDougall, Trustee

V.

Chester C. Linck, An Individual

CASE NUMBER: **07 C 7194**

ASSIGNED JUDGE:
**JUDGE LEFKOW**

DESIGNATED MAGISTRATE JUDGE:
**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Chester C. Linck
N6400 Woodridge Lane
Beaver Dam, WI 53916

**RECEIVED**
**JAN 09 2008**
**SHERIFF'S DEPT.**
**DODGE COUNTY, WI**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cathy L. Rath
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

------------------------------
(By) DEPUTY CLERK



**January 4, 2008**
------------------------------
Date

| | | |
|---|---|---|
| STATE OF WISCONSIN | ) | |
| | ) SS | CERTIFICATE OF PERSONAL |
| COUNTY OF DODGE | ) | SERVICE |

I hereby certify that on January 11, 2008 at N6400 Woodridge La, Beaver Dam, WI 53916 said County of Dodge I duly served the Summons And Complaint for Docket Number 07C7194 on the within defendant Chester C Linck by then and there delivering to and leaving with Chester C Linck personally and I endorsed my name, official title and date of service thereon.

Dated: January 11, 2008

Todd M. Nehls
Dodge County Sheriff

Per: _____
Roy R Jaster
Civil Process Server

Service:        $35.00
Mileage Fees: $8.00
Postage:        $0.41

547200