IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 7194 |
| v. | ) ) | Judge Joan H. Lefkow |
| | ) | Magistrate Judge Nolan |
| CHESTER C. LINCK, an individual, | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, the Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, and Defendant Chester C. Linck, a citizen of Wisconsin, stipulate to the dismissal of this litigation with prejudice, each side to pay its own attorneys' fees and costs.

Respectfully submitted,                                     Respectfully submitted,

CENTRAL STATES, SOUTHEAST AND                CHESTER C. LINCK
SOUTHWEST AREA PENSION FUND

By:__/s/ Cathy L. Rath                                    By:_/s/Micheal T. Graham__
    Cathy L. Rath                                                Michael T. Graham
    9377 West Higgins Road                                McDermott Will & Emery
    Rosemont, IL 60018                                         227 W. Monroe St.
    (847) 518-9800, extension 2343                      Chicago, IL 60606
    One of Plaintiffs' Attorneys                             (312) 984-3606
                                                                              One of Defendant's attorneys

F:265571 / 07410035 / 7/31/08

## CERTIFICATE OF SERVICE

  I, Cathy L. Rath, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on July 31, 2008, I caused the foregoing Stipulation of Dismissal to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

              /s/ Cathy L. Rath
              Cathy L. Rath
              One of Central States' Attorneys